UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* (Amended from 1:30 p.m.) Telephonic Pretrial Conference
Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

April 26, 2004

2:30 p.m.

*Held*
*30 mins*

CASE NO. **3:01cv503 (GLG)    Alungbe vs. Board of Trustees**

Joseph A. Jordano
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120

Joseph A. Moniz
Moniz, Cooper & McCann
100 Allyn St.
Hartford, CT 06103

\* PLAINTIFF COUNSEL WILL INITIATE THE CONFERENCE CALL TO JUDGE
GARFINKEL @ 203-579-5593.

THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK