UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DR. GABRIEL D. ALUNGBE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV0503(EBB) |
| | : | |
| V. | : | |
| | : | |
| BOARD OF TRUSTEES OF | : | |
| CONNECTICUT STATE UNIVERSITY | : | |
| (CSU) SYSTEM, ET AL., | : | |
| *Defendants* | : | December 1, 2004 |

**APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendants in the above-referenced matter

**in addition to** the appearance of Assistant Attorney General Joseph A. Jordano, already on file.

Dated at Hartford, Connecticut this 1st day of December, 2004..

                 DEFENDANTS

                 RICHARD BLUMENTHAL
                 ATTORNEY GENERAL


       BY: _____
          Nancy A. Brouillet
          Assistant Attorney General
          Federal Bar No. ct 03138
          55 Elm Street - P. O. Box 120
          Hartford, CT  06141-0120
          Tel:  (860) 808-5340
          Fax:  (860) 808-5383
          E-mail: Nancy.Brouillet@po.state.ct.us

## **CERTIFICATION**

I herein certify that a copy of the foregoing Appearance was mailed this 1st day of December, 2004 to all counsel of record via first class mail, postage prepaid to:

Joseph Moniz, Esq.
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT  06103

and interoffice mail to:

Joseph Jordano, AAG
Employment Rights Department
(860) 808-5340

_____
Nancy A. Brouillet
Assistant Attorney General