UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JAN -6  P 3: 09

DR. GABRIEL D. ALUNGBE

v.

BOARD OF TRUSTEES OF
CONNECTICUT STATE
UNIVERSITY SYSTEM, ET AL

Case No. 3:01cv503(EBB)

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___ A ruling on the following motions which are currently pending: (orefm.) Doc.# _____

X__ A settlement conference (orefmisc./cnf)

___ A conference to discuss the following: (orefmisc./cnf) _____

___ Other: (orefmisc./misc) _____

AO 72A
(Rev.8/82)