### UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF CONNECTICUT

DR. GABRIEL D. ALUNGBE,  :  CIVIL ACTION NO.
      PLAINTIFF  :  301CV503 (EBB)

VS.  :

BOARD OF TRUSTEES OF  :
CONNECTICUT STATE  :
UNIVERSITY (CSU) SYSTEM,  :
ET AL  :
      DEFENDANTS  :  JANUARY 24, 2005

## MOTION FOR CONTINUANCE OF TRIAL

The Plaintiff in the above-captioned matter respectfully requests the court to move the

dates presently scheduled to begin jury selection on February 8, 2005 and trial on February 11,

2005 for a period of time of at least two months and in support thereof the Plaintiff states as

follows:

1.    That the Plaintiff, Gabriel Alungbe, recently underwent two surgical procedures to

remove a disc from his back, the first of which was performed unsuccessfully,

requiring a second procedure to remove a remaining portion of his disc which

required a fusion of the spine;

2.    That his doctor has informed Mr. Alungbe that he should not return to teaching at

this point because of the surgeries;

3.     That in his present condition going forward on the trial would create medical concerns with regard to healing from the surgeries due both to the physical activities and sitting required during trial as well as the attendant stressful conditions.

We, therefore, respectfully request that the trial be continued and have spoken to Joseph Jordano, A.A.G. who has no objection. Furthermore, during a pretrial on this case both parties agreed that the continuance of the trial may lead to the possibility of a resolution satisfactory to both.

PLAINTIFF

By _____

Joseph A. Moniz, Esq.(ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
(860) 278-0200