# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DR. GABRIEL D. ALUNGBE | : | CIVIL ACTION NO. |
| *Plaintiff*, | : | 3:01CV00503(EBB) |
| | : | |
| V. | : | |
| BOARD OF TRUSTEES OF | : | |
| CONNECTICUT STATE UNIVERSITY | : | |
| (CSU) SYSTEM, ET AL., | : | |
| *Defendants* | : | APRIL 19, 2005 |

## MOTION IN LIMINE

Comes now the defendant and moves for an order prohibiting the plaintiff from offering or mentioning any testimony or documents relating to: (1) a 1996 CCSU faculty climate diversity opinion survey and (2) the plaintiff's applications for promotion prior to 1999. Said evidence is irrelevant, hearsay and its prejudicial affect outweighs any probative value.

The defendant further requests a Rule 104 hearing requiring the plaintiff to make an offer of proof establishing the basis for the admissibility of such evidence.

DEFENDANT,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on the 19th day of April, 2005, a true and accurate copy of the foregoing was sent by United State mail, first class postage prepaid, to the following:

Joseph Moniz, Esq.
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT  06103

_____
Joseph A. Jordano
Assistant Attorney General