## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DR. GABRIEL D. ALUNGBE | : | CIVIL ACTION NO. |
| *PLAINTIFF*, | : | 3:01CV00503(EBB) |
| | : | |
| | : | |
| V. | : | JUDGE ELLEN BREE BURNS |
| | : | |
| BOARD OF TRUSTEES OF | : | NOTICE OF MANUAL FILING |
| CONNECTICUT STATE UNIVERSITY | : | |
| (CSU) SYSTEM, ET AL., | : | |
| *DEFENDANTS* | : | APRIL 19, 2005 |

Please take notice that the Defendants have manually filed the following document or thing

Exhibits in Support of Defendants' Memorandum in Support of Motion in Limine

These exhibits have not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[ x ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

/s/ Joseph A. Jordano
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Phone: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us
Federal Bar # ct21487

1

## **CERTIFICATION**

The undersigned does hereby certify that on the 19TH day of April, 2005, a true and accurate copy of the forgoing was sent by First Class United States mail, first class postage prepaid, to the following:

_____
Joseph A. Jordano
Assistant Attorney General