**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DR. GABRIEL D. ALUNGBE | : | CIVIL ACTION NO. 3:01CV0503(EBB) |
| *Plaintiff*, | : | |
| | : | |
| V. | : | |
| BOARD OF TRUSTEES OF | : | |
| CONNECTICUT STATE UNIVERSITY | : | |
| (CSU) SYSTEM, ET AL., | : | |
| *Defendants* | : | May 3, 2005 |

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

1. Do you know any of the: (1) lawyers or law firms involved in this case; (2) the witnesses; (3) the parties?

2. As jurors, the court will instruct you about the law that applies to this case. Can you apply the law, not as you believe it should be or would want it to be, but only as instructed by the court, even if you personally disagree?

3. If, after hearing the evidence in this case and the Judge's instructions, you found that the defendant had not discriminated against the plaintiff, would you have any difficulty deciding in the defendant's favor, even though the plaintiff would receive no monetary award?

4. Have you or a member of your family or any close friends ever been employed by the State of Connecticut, Board of Trustees of Connecticut State University system or Central Connecticut State University? If so, please state who was employed and describe the position held.

5. If you are employed, please state:

        A. the name of your employer;

        B. your job title;

        C. time you have been employed with current employer.

6.    If you have a spouse who is employed, please state:

        A. the name of your spouse's employer;

        B. your spouse's job title;

        C. your spouse's time with current employer.

7.    Have you or anyone you know ever had an experience with an official or employee of the State of Connecticut that you believe would impact your ability to consider the evidence impartially and fairly?

8.    Have you or anyone you know ever has an experience with an official or employee of the Board of Trustees for the Connecticut State University system or Central Connecticut State University which would prevent you from considering the evidence impartially and fairly?

9.    Many of the witnesses in this case are employed by the State of Connecticut, specifically at Central Connecticut State University. Have you or has any member of your family had a personal experience with a member or members of this university such that it would make it difficult to consider their testimony impartially and fairly?

10.    Have you or has any member of your family ever been involved in what you consider to be a negative or unpleasant experience with Central Connecticut State University or any employee of CCSU. If so, please explain.

11. Have you ever held a position entailing supervisory responsibility including the responsibility for deciding whether to promote an employee(s)?

12. Have you or has any close friend or relative ever brought suit against the State of Connecticut or other governmental agency?

13. This case involves allegations of discrimination based upon race. Have you or has any close friend or relative had any personal experience that would make it difficult for you to consider such claims impartially and fairly with respect to all parties?

14. Do you have any opinion about lawsuits involving claims of discrimination generally, or employment discrimination in particular?

15. Do any of you believe that a long term employee is somehow entitled to be promoted based on that fact alone.

16. Do any of you believe that someone is, or should be, entitled to a promotion or a position because they are a racial minority. If the answer to the foregoing question is yes, could you judge a party or witness in this case fairly and impartially if he or she does not share your opinion?

17. Have you, or any member of your family or circle of friends ever:

    A. Been a plaintiff or defendant in a lawsuit?

    B. Been a witness in a lawsuit?

    C. Belonged to any civil rights or civil justice organization?

If your answer is yes, please provide details and state whether this might affect your ability to judge this case fairly, and, if so, in what way?

18. Have you, or any member of your family or circle of friends been treated unfairly by your/his/her employer because of age, race, national origin, color, gender, or any other reason? If so, please provide the details.

19. Have any of you, a friend or relative ever held a teaching position at a University or College? If so, where and when? Was the position tenured?

20. Do you agree that that a decision regarding promotion involves some level subjective judgment that should be left to the decision maker?

21. Do you have any feelings for or against parties who come to court and sue for money damages?

22. Have you ever served in the military? If yes, in what branch did you serve and at what rank?

23. Have you ever served on a jury before? If the answer is yes, please state when and what type of case?

24. Have any of you ever belonged to an employee union or worked for an employee union?

25. Have you ever felt that someone was promoted because of some factor other than their qualifications?

26. For those of you who have worked full-time, has that involved 40 hours or more a week?

27. Have any of you, a friend or relative ever been denied a promotion? Was a claim or lawsuit filed by you, your friend or relative?

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P. O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail:
Joseph.Jordano@po.state.ct.us


## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendant's Proposed Voir Dire Questions was mailed this 3rd day of May, 2005 first class, postage prepaid to all counsel and parties of record:

Joseph Moniz, Esq.
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103


_____
Joseph A. Jordano
Assistant Attorney General