**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DR. GABRIEL D. ALUNGBE : CIVIL ACTION NO. 3:01CV0503(EBB)
  *PLAINTIFF*, :
   :
 V.  :
BOARD OF TRUSTEES OF :
CONNECTICUT STATE UNIVERSITY :
(CSU) SYSTEM, ET AL.,  :
  *DEFENDANTS* : MAY 3, 2005

## <u>JOINT TRIAL MEMORANDUM</u>

I. <u>Trial Counsel</u>

<u>Plaintiff</u>     <u>Defendant</u>

Joseph A. Moniz    Joseph A. Jordano
Federal Bar No. (ct04316)   Assistant Attorney General
Moniz, Cooper & McCann   Federal Bar # ct 21487
100 Allyn Street     55 Elm Street, P.O. Box 120
Hartford,  CT 06103    Hartford, CT  06141-0120
Tel: (860) 278-0200    Tel:  (860) 808-5340
Fax: (860) 278-2212    Fax:  (860) 808-5383
E-mail: atty_joe_moniz@snet.net  E-mail: Joseph.Jordano@po.state.ct.us


          Beth Margulies
          Assistant Attorney General
          Federal Bar No. ct08649
          55 Elm Street, P.O. Box 120
          Hartford, CT  06141-0120
          Tel.:  (860) 808-5340
          Fax:  (860) 808-5383
          E-mail: Beth.Margulies@po.state.ct.us

II. <u>Jurisdiction</u>

  Plaintiff invokes this court's jurisdiction under Title VII 42 U.S.C. § 2000 et seq. and

Title 28 U.S.C. §1331.

**III.**    **Jury-Nonjury trial**

The plaintiff has requested a trial by jury.


**IV.**    **Length of Trial**

The parties estimate that the case will take 5-6 trial days.


**V.**    **Further Proceedings**

The defendant has filed a motion in limine to exclude certain anticipated evidence.


**VI.**    **PLAINTIFF'S CONTENTIONS**

The Plaintiff contends that in the academic year of 1996 the defendants failed to promote

him from Assistant Professor to Associate Professor despite recommendations by the department

to do, as a result of which the Plaintiff complained of discrimination based upon his race and

national origin.  Thereafter the Plaintiff   applied each year for promotion and was denied each

time, again on the basis of his race and national origin and in retaliation for fiing a complaint(s)

againt the defendants[1].


**VII.**    **Nature of Case**

**PLAINTIFF'S CONTENTION**

This is an action to recover monetary damages for economic losses the Plaintiff sustained

as a result of the defendants' discrimination due to his race (Non Anglo-Saxon), skin color

---

[1] The defendant has filed a Motion in Limine on April 19, 2005 to exclude evidence of the plaintiff's prior applications for promotion from 1996 to 1998 on the grounds that these claims were dismissed by the Court on summary judgment and such information is not material to the case.  The only claim before the Court is the plaintiff's denial of promotion in 1999.

(Black), national origin (immigrant from Nigeria, West Africa) in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, <u>et seq.(1994)</u> ("hereinafter Title VII").

### DEFENDANT'S CONTENTION

The plaintiff, Gabriel Alungbe, alleges that he was denied a promotion by the defendant in 1999 because of his race, color and ethic origin. The defendant denies that these characteristics were motivating factors in the decision to deny the plaintiff a promotion. The defendant contends that the decision denying the plaintiff a promotion was based on legitimate non-discriminatory reasons.

**VII.     Trial by Magistrate Judge**

The parties have not agreed to a trial by Magistrate Judge.

**VIII.     <u>Evidence</u>**

**(a)     <u>Plaintiff's Witnesses</u>**

Gabriel Alungbe
50 Long Street
New Britain, CT
The Plaintiff will testify in support of the allegations in his Complaint.

Dr. Richard L. Dr. Judd
1615 Stanley Street
New Britain, CT
This witness will be questioned regarding the allegations in the Complaint, the procedures for promotions as well as the record of the defendant in promoting racial minorities.

Dr. Merle W. Harris
1615 Stanley Street
New Britain, CT
This witness will be questioned regarding the allegations in the Complaint, the
procedures for promotions as well as the record of the defendant in promoting racial
minorities.


Dr. Zdzislaw B. Kremens
1615 Stanley Street
New Britain, CT
This witness will be questioned regarding the allegations in the Complaint, the
procedures for promotions as well as the record of the defendant in promoting racial
minorities.  This witness will also testify regarding the denial of Plaintiff's promotion.

Dr. John Shumaker
615 Stanley Street
New Britain, CT
This witness will be questioned regarding the allegations in the Complaint, the
procedures for promotions as well as the record of the defendant in promoting racial
minorities.  This witness will also testify regarding the denial of Plaintiff's promotion.

Dr. Pearl Bartelt
615 Stanley Street
New Britain, CT
This witness will be questioned regarding the allegations in the Complaint, the
procedures for promotions as well as the record of the defendant in promoting racial
minorities.  This witness will also testify regarding the denial of Plaintiff's promotion.

Dr. George Muirhead
615 Stanley Street
New Britain, CT
This witness will be questioned regarding the allegations in the Complaint, the
procedures for promotions as well as the record of the defendant in promoting racial
minorities.  This witness will also testify regarding the denial of Plaintiff's promotion.


Dr. Karen Beyard
615 Stanley Street
New Britain, CT
This witness will be questioned regarding the allegations in the Complaint, the
procedures for promotions as well as the record of the defendant in promoting racial
minorities.  This witness will also testify regarding the denial of Plaintiff's promotion.

Dr. Andrew Baron
615 Stanley Street
New Britain, CT

This witness will be questioned regarding the allegations in the Complaint, the procedures for promotions as well as the record of the defendant in promoting racial minorities.  This witness will also testify regarding the denial of Plaintiff's promotion.

Mr. Leonard Lema
615 Stanley Street
New Britain, CT
This witness will be questioned regarding the allegations in the Complaint, the procedures for promotions as well as the record of the defendant in promoting racial minorities.  This witness will also testify regarding the denial of Plaintiff's promotion.

Dr. John Wright
1615 Stanley Street
New Britain, CT
This witness will be questioned regarding the allegations in the Complaint, the procedures for promotions as well as the record of the defendant in promoting racial minorities.  This witness will also testify regarding the denial of Plaintiff's promotion.

Mr. Daryll C. Dowty
1615 Stanley Street
New Britain, CT
This witness will be questioned regarding the allegations in the Complaint, the procedures for promotions as well as the record of the defendant in promoting racial minorities.  This witness will also testify regarding the denial of Plaintiff's promotion.

Mr. Donnie J. Perkins
1615 Stanley Street
New Britain, CT
This witness will be questioned regarding the allegations in the Complaint, the procedures for promotions as well as the record of the defendant in promoting racial minorities.  This witness will also testify regarding the denial of Plaintiff's promotion.

Dr. John Harmon
615 Stanley Street
New Britain, CT
This witness will be questioned regarding the allegations in the Complaint, the procedures for promotions as well as the record of the defendant in promoting racial minorities.  This witness will also testify regarding the denial of Plaintiff's promotion.

**The Plaintiff reserves the right to add additional witnesses prior to trial and reserves the right to call rebuttal witnesses for impeachment purposes.**

**(a)**      **Defendant's Witnesses**

(1)      **Donna Munroe, former Director of Personnel at CCSU**. This witness will
testify about the promotion process under the applicable CCSU policies and the
faculty Collective Bargaining Agreement; the plaintiff's application for promotion
in 1999, the reasons discussed by the President for denying the plaintiff a
promotion in 1999; the plaintiff's work history; other minority faculty members
who were promoted by President Richard Judd; other non-minority faculty
members who were similarly denied promotion in 1999; any other issues raised
by the plaintiff in this proceeding that impacts on Human Resources or issues
raised in this case.

(2)      **Richard Judd, former President at CCSU.**    This witness will testify to his
involvement in the faculty promotion process at CCSU; the criteria for promotion;
his independent evaluation of the plaintiff credentials;  his rational for denying the
plaintiff promotion in 1999; other faculty members denied promotion in 1999;
other minority faculty members promoted during his tenure, including a African
male within the School of Technology; any other issues raised by the plaintiff in
this case.

(3)      **Z. B. Kremens, Dean of School of Technology at CCSU**. This witness will
testify to his interactions with the plaintiff;, the plaintiff's misleading and false list
of publications the prompted the Dean in part to recommend the plaintiff for
promotion 1999; his meeting with the President, the Vice President and the
Director of Personnel to discuss candidates from the school of Technology who
applied for promotion in 1999;  President Judd's explanation for denying the
plaintiff and a white female faculty from the school of technology promotion in
1999; the Dean's communication with the plaintiff about what actions he needed
to take to position himself for promotion the following year; the plaintiff's failure
to heed the Dean's advice; the plaintiff's personal attacks towards the Dean and
other faculty members; the numerous complaints from students about the
plaintiff's poor teaching skills; the plaintiff's difficulty with faculty when he
briefly served as chairman of his department that led to his removal as
chairperson; special assessments that were necessitated by the plaintiff's conduct;
the importance of peer reviewed engineering research and publication within the
appropriate field for promotion; and other conduct by the plaintiff that may be
pertinent to issues raised in this case.

(4)      **Pearl Bartelt, former Vice President of CCSU (by deposition)**.  This witness
will testify to her involvement in the faculty promotion process in 1999; the basis
for her recommendation to the President that the plaintiff be denied promotion in
1999; other matters addressed in her deposition about facts pertinent to this case.

(5)     **David Carter, President of Eastern Connecticut State University.**   This witness will testify about the promotion process for faculty that is common to all CSU universities, including CCSU; the criteria that must be weighed; the role of the President; his own personal experience both granting and denying promotion to faculty members based on the criteria set forth in the applicable CSU policies and the faculty collective bargaining agreement.

(6)     **Gabriel Alungbe, Assistant professor at CCSU.**  This witness will testify to facts pertinent to his allegations and issues raised in this case.

(7)     **Olusegun Odesina, Associate Dean, School of Technology at CCSU.**  This witness will testify to his interactions with the plaintiff, complaints by faculty and staff about the plaintiff's teaching and conduct when the plaintiff briefly chaired the department; the plaintiff's practice of accusing others of race discrimination when he challenged; this witness' promotion to the rank Associate Professor (as a black Nigerian male) and Associate Dean by President Judd; the special assessment committee Prof. Odesina served on in 2004 that recommended that the plaintiff be removed from the classroom; the importance of peer reviewed engineering research and publication within the appropriate field; and other conduct by the plaintiff that may be pertinent to the issues in this case.

(8)     **Dr. Hakim Salahu-Din, Associate Vice President of Planning and Institutional Effectiveness.** This witness will testify to his investigation of allegations by the plaintiff against the Dean for alleged retaliation; his finding of no retaliation by Dean Kremens.

(9)     **Laurie Deane, former Director of Affirmative Action at CCSU.**  This witness will testify to the internal investigation she conducted regarding allegations by Alungbe of discrimination in the decision denying him promotion.

(10)    **Thomasina Carr, Director of Affirmative Action at CCSU.**

This witness will testify to the results of the plaintiff's CHRO complaints and the number, race and gender of faculty promoted by Richard Judd.

(11)    **Lennard Lema, Associate Professor, Department of Manufacturing, CCSU.**

This witness may be called to rebut factual statement by the plaintiff and to describe his interactions with the plaintiff.

(12).   **Paul Resetarits, Chairperson, Department of Manufacturing and Construction at CCSU.**

This witness will testify to his interactions with the plaintiff.

(13)   **Christopher Todd Evans, former student at CCSU.**

This witness will testify to his experiences as a student at Central Connecticut State University with Dr. Gabriel as his instructor in the classroom.

The defendant reserves the right to call any and all witnesses listed by the plaintiff and to add additional witnesses prior to trial and reserves the right to call rebuttal witnesses.

(a)   <u>**Plaintiff's Exhibits**</u>

1.   Application for Promotion -1995/96

2.   Application for Promotion – 1996/97

3.   Application for Promotion – 1997/98

4.   Application for Promotion – 1998/99

5.   Application for Promotion – 1999/2000

6.   Application for Promotion – 2000/01

7.   Requirements for Tenure and Promotion

8.   Diversity Climate Audit Report for School of Technology dated June 5, 1997

9.   Memo from Wright to Plaintiff dated December 9, 1992

10.   Memo from Plaintiff to Wright dated February 12, 1993 re: University-wide Committees

11.   Note from Wright to Plaintiff dated February 17, 1993

12.    Memo from Karen Beyard to Plaintiff dated February 18, 1992 (sic) re: University-wide Committees

13.    Memo from John Shumaker to Plaintiff dated March 9, 1993 re: University-wide Committees

14.    Letter from Plaintiff to Donnie J. Perkins dated January 24, 1997

15.    Letter from Perkins to Plaintiff dated June 12, 1997

16.    July 25, 1997 Racial Discrimination Complaint filed by Plaintiff against Wright

17.    Promotion and Tenure Decisions (1996-2000) from Department Evaluation Commiteee, Dean of School of Technology and Promotion and Tenure Committee

18.    Memo from Plainitff to Lawrence McHugh dated May 1, 2000 re: Request to Award Promotion to Gabriel D. Alungbe of CCSU with attachments

19.    Note from M.J. Lambe, M.D. of Plaintiff's 11/26/93 visit with diagnosis of stress due to work

20.    Records of oral complaint made by Plaintiff on April 19, 2000 to Ms. Laurie A. Deane, Executive Assistant to  Dr. Judd

21.    Records dated on or about June 5, 2000 of Board's approval of Dr. Judd's decision not to promote Plaintiff

22.    Letter from Plaintiff to Board dated on or about May 1, 2000

23.    Letter from Mr. Lawrence D. McHugh to Plaintiff dated May 4, 2000

24.    Memo from Plaintiff to Dr. Andrew Baron dated October 14, 1994

25.    Baron's response to Plaintiff dated October 17, 1994

26.    Final Visitation Report sent by John W. Prados to Shumaker with memo dated August 5, 1992 (misrepresentation page 7, paragraph 2)

27.    Memo from Plaintiff to Defendant Wright dated September 20, 1993

28.    Memo from Plaintiff to Defendant Wright dated September 27, 1993

29.    Memo from Defendant Wright to Dr. Merle Harris dated December 11, 1995

30.      Correction memo issued by Defendant Wright after meeting of December 18, 1995 which was backdated to December 11, 1995

31.      Memo to Defendant Wright from Plantiff dated February 7, 1994 for funds to travel to Austria on September 29 and 30, 1994 to present paper and Wright's response

32.      Letter from John Harmon to Donnie Perkins November 13, 1996

33.      Letter from Dr. Harris to Plaintiff dated April 12, 1996 denying promotion

34.      Letter from Dr. Dr. Judd to Plaintiff dated April 14, 1997 denying promotion

35.      Letter from Dr. Dr. Judd to Plaintiff dated April 15, 1998 denying promotion

36.      Letter from Dr. Dr. Judd to Plaintiff dated April 14, 1999 denying promotion

37.      Letter from Dr. Dr. Judd to Plaintiff dated April 13, 2000 denying promotion

38.      Memo from Plaintiff to Dr. Chavarro dated August 13, 1996

39.      Memo from Daryll Dowty to Plaintiff dated September 14, 1994

40.      Note from Wright to Plaintiff dated September 15, 1994

41.      Memo from Dowty to Wright dated October 24, 1994

42.      Notes from Lennard Lema of meeting of DEC Engineering Technology Department dated May 15, 1991

43.      Letter from Plaintifff to DEC dated June 5, 1991

44.      Letter from Plaintiff to DEC dated September 3, 1991 with response to the DEC report dated May 15, 1991

45.      Memo from Weilin P. Chang dated September 13, 1995 and note from Wright to Plaintiff

46.      Memo from Defendant Wright to Dr. Robert Gubala dated April 28, 1994 re: Special Evalaution for Dr. Gabriel Alungbe

47.      Memo from Defendant Wright to Dr. Karen Beyard re: Outside Evaluation of Dr. Alungbe

48.      Report of the Special Evaluation Committee: Gabriel Alungbe dated July 11, 1994

49.    Memo from Plaintiff to Dr. Baron re: 1995 Spring Semester Schedule

50.    Memo from Dr. Baron to Plaintiff dated October 17, 1994 re: 1995 Spring
       Schedule and Schedule attached

51.    TAC/ABET Final Report

52.    Memo from Plaintiff to Wright dated September 20, 1993 re: Industrial
       Experience

53.    Plaintiff's Employment and Educational History

54.    Memo from Plaintiff to Wright dated September 21, 1993 re: Industrial
       Experience

55.    Memo from Plaintiff to Wright dated September 27, 1993 re: Industrial
       Experience

56.    Memo from Wright to Dr. Harris dated December 11, 1995 re: Renewal of
       Plaintiff

57.    Memo from Wright to Dr. Harris dated December 11, 1995 re: Renewal of
       Plaintiff with notation from Nancy dated December 18, 1995

58.    Memo from Plaintiff to Dr. Harris re: Two Peer Referred Articles dated January
       5, 1996 with 2 attached faxes

59.    Abridged CV of Plaintiff with Volumes 2 and 9 of P&T Dossier

60.    CV of Plaintiff (8 pages)

61.    Memo from Dr. Bartelt to Dr. Judd re: Dr. Gabriel Alungbe – Promotion to the
       Rank of Associate Professor with attachments

62.    Memo from Plaintiff to Laurie A Deane dated April 20, 2000 re: Requested
       Information

63.    Memo from Dr. Bartelt to Dr. Judd dated June 6, 2000 re: Complaint of Dr.
       Gabriel Alungbe

64.    "Geotextiles in Flexible Pavement Construction" published by Plaintiff

65.    Examples of academic achievements

66.     Memo from Dr. Judd to Plaintiff dated January 28, 1997 re: Your Memorandum of December 1996 "Application for Promotion"

67.     Two publications by William D. Chatfield and Andrew W. Baron

68.     Memo from Plaintiff to Donnie Perkins dated July 19, 1997 re: Request for Formal Review of Complaints

69.     Letter from Dr. Wright to Dr. Judd dated December 7, 1996

70.     Letter from George C. Springer, Jr. to Dr. Judd re: Gabriel Alungbe

**(b)     <u>Defendant's Exhibits</u>**

1.     1999 application for promotion and curriculum vitae for Gabriel Alungbe

2.     Memo to Richard Judd from Dean Zdzislaw Kremens, dated 12/10/99

3.     School of Technology worksheet for Pearl Bartelt

4.     1999 University Wide Committee list of faculty promotion applicants for School of Technology (Assistant to Associate Professor)

5.     Special Assessment  October 16, 2000

6.     Special Assessment April 29, 2004

7.     Memo to Dean Kremens from Gabriel Alungbe , dated 12/13/00

8.     Mission Statement of CCSU School of Technology, dated 1/10/00

9.     Memo to President Judd from Dean Z.B. Kremens, dated 12/14/00

10.     Sample complaints from Engineering students

11.     CHRO "No Reasonable Cause" finding for charge #16a01368, dated 12/14/00

12.     Memo from Laurie Deane, CCSU Affirmative Action Officer to Richard L. Judd, dated 6/6/00.

13.     Minutes of faculty meeting on March 2, 2000

14.     1991 DEC evaluation for the plaintiff w/ plaintiff's response

15.     2000-2001 Promotion list for CCSU (applied for in 1999 for following academic year)

16.     1999-2000 University Wide promotion Request Sheet with notes of Donna Munroe for Technology promotion candidates (Assistant to Associate Professor for 1999-2000)

17.     1999-2000 University Wide promotion Request Sheet w/ notes of Donna Munroe for Professor Karen Tracey from School of Technology

18.     Article entitled *Geotextiles in Flexible Pavement Construction* by Gabriel Alungbe.

The defendants also reserve the right to use any of the plaintiff's exhibits, supplement its exhibit list prior to trial and reserve the right to use exhibits in its rebuttal case.

(c)     **Defendant's Offer of Deposition Testimony**

Deposition of Pearl Bartelt:  p. 3:6-8; 3:15-4:6; 4:23-5:2; 5:10-6:14; 6:18-7:13; 12:3-17; . 13:23-16:4; 17:12-18:10; 18:20-19:2; 20:20-24:17;  25:3-26:7;  27:18-28:21; 32:3-34:3; 34:22-38:17: 39:5-24; 40:8-19; 41:4-42:25; 43:6-44:10; 44:16-46:2; 46:24-52:16; 55:4-57:18; 59:15-25; 66:17-67:8; 69:9-72:10; 73:8-16; 77:2-78:3; 79:20-80:16; 81:23-83:16; 83:17-84:13; 85:15-87:2; 90:18-91:19; 99:11-100:7; 104:6-105:19; 107:3-109:15; 111:15-112:13; 114:22-115:22; 116:25-119:17; 121:8-122:21; 123:1-22.

IX.     **Vior Dire questions and Jury Instructions**

13

**(a)(1)**

Plaintiff's Proposed Voir Dire Questions are being filed separately and accompany this Memorandum.

**(a)(2)**

Plaintiff's Proposed Jury Instructions are being filed separately and accompany this Memorandum.

Defendant:

**(b)(1)**

Defendant's Proposed Voir Dire Questions are being filed separately and accompany this Memorandum

**(b)(2)**

Defendant's Proposed Jury Instructions are being filed separately and accompany this Memorandum**.**

**(b)(3)**

Defendant's Proposed Verdict Form is being filed separately and accompany this Memorandum.

**X.**     **Anticipated Evidentiary Problems/Motions in Limine**

A Motion in Limine was filed by the defendant on April 19, 2005 and the defendant has requested a Rule 104 evidentiary hearing on the motion if the court deems it necessary.  The plaintiff should be required to file his objection to the motion in limine by May 10, 2005.

The plaintiff and defendant will exchange exhibits no later than May 13, 2005.  The parties will file any objections to exhibits submitted no later than May 17, 2005.

PLAINTIFF                              DEFENDANT
DR. GABRIEL ALUNGBE                    BOARD OF TRUSTEES,
                                       CENTRAL CONNECTICUT STATE UNIVERSITY


_____        _____
Joseph A.. Moniz.                      Joseph A. Jordano
Federal Bar No. ct                     Assistant Attorney General
Moniz, Cooper & McCann                 Federal Bar # ct 21487
100 Allyn Street                       55 Elm Street, P.O. Box 120
Hartford, CT 06103                     Hartford, CT 06141-0120
Tel: (860) 278-0200                    Tel: (860) 808-5340
Fax: (860) 278-2212                    Fax: (860) 808-5383

Date: _____      Date: _____