UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DR. GABRIEL D. ALUNGBE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV0503(EBB) |
| | : | |
| V. | : | |
| | : | |
| BOARD OF TRUSTEES OF | : | |
| CONNECTICUT STATE UNIVERSITY | : | |
| (CSU) SYSTEM, ET AL., | : | |
| *Defendants* | : | May 9, 2005 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendants Board of Trustees of Connecticut State University System and Central Connecticut State University in the above-referenced matter in addition to the appearance of Assistants Attorney General Joseph A. Jordano and Nancy A. Brouillet already on file.

Dated at Hartford, Connecticut this 9th day of May, 2005.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Beth Z. Margulies
Assistant Attorney General
Federal Bar No. ct 08649
55 Elm Street - P. O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax:  (860) 808-5383
E-mail: Beth.Margulies@po.state.ct.us

## **CERTIFICATION**

I herein certify that a copy of the foregoing Appearance was mailed this  9th    day of May, 2005, United States mail, first class postage prepaid to the following:

    Joseph Moniz, Esq.
    Moniz, Cooper & McCann, LLP
    100 Allyn Street
    Hartford, CT  06103

and hand delivered to:

Joseph A. Jordano, AAG
Employment Rights Department
55 Elm Street, 4th Floor
Hartford, CT  06106

Nancy A. Brouillet, AAG
Employment Rights Department
55 Elm Street, 4th Floor
Hartford, CT  06106

                                                                   _____
                                                                   Beth Z. Margulies
                                                                   Assistant Attorney General