UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DR. GABRIEL D. ALUNGBE, | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 301CV503 (EBB) |
| | : | |
| VS. | : | |
| | : | |
| BOARD OF TRUSTEES OF | : | |
| CONNECTICUT STATE | : | |
| UNIVERSITY (CSU) SYSTEM, | : | |
| ET AL | : | |
| DEFENDANTS | : | MAY 16, 2005 |

## PLAINTIFF'S SUPPLEMENTAL EXHIBIT LIST

On May 3, 2004 the parties submitted a Joint Trial Memorandum in the above-captioned matter. In compliance with the court order regarding the required contents of the trial memorandum, the Plaintiff included therein a list of exhibits she will offer. The Plaintiff now supplements that list to include the following additional exhibits:

71. Plaintiff's Publication: "Effects of Aggregate, Water/Cement Ratio, and Curing on the Coefficient of Linear Thermal Expansion of Concrete" dated January 12-16, 1992;

72. Publication of Plaintiff: "Effects of Coefficient of Thermal Expansion and Modulus of Elasticity on Concrete Pavement Performance" dated September 28-October 1, 1994;

73. Publication of Plaintiff: "Job Opportunities for Engineering Technology" dated Fall, 1999;

74. Collective Bargaining Agreement for CCSU, dated August 29, 1997 through August 23, 2001.

                PLAINTIFF

                By_____
                    Joseph A. Moniz (ct04316)
                    Moniz & Associates
                    100 Allyn Street
                    Hartford, CT 06103
                    Tel. (860) 278-0200
                    His Attorneys

## **CERTIFICATION**

  THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel. (860) 808-5340

                              Joseph A. Moniz