UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DR. GABRIEL D. ALUNGBE, | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 301CV503 (EBB) |
| | : | |
| VS. | : | |
| | : | |
| BOARD OF TRUSTEES OF | : | |
| CONNECTICUT STATE | : | |
| UNIVERSITY (CSU) SYSTEM, | : | |
| ET AL | : | |
| DEFENDANTS | : | MAY 16, 2005 |

## PLAINTIFF'S SUPPLEMENTAL WITNESS LIST

On May 3, 2005 the parties submitted a Joint Trial Memorandum in the above-captioned matter. In compliance with the court order regarding the required contents of the trial memorandum, the Plaintiff included therein a list of witnesses he will offer. The Plaintiff now supplements that list to include the following additional witness:

Dr. George C. Ku
1615 Stanley Street
New Britain, CT
Dr. Ku will testify regarding the allegations in the Complaint, specifically the discriminatory treatment of the School of Technology toward minorities.

        PLAINTIFF

By _____
        Joseph A. Moniz (ct04316)
        Moniz & Associates
        100 Allyn Street
        Hartford, CT  06103
        Tel. (860) 278-0200
        His Attorneys

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel. (860) 808-5340

                                           _____
                                              Joseph A. Moniz