**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**


DR. GABRIEL D. ALUNGBE,       :       CIVIL ACTION NO.
             PLAINTIFF      :       301CV503 (EBB)
                         :

VS.                     :
                         :

BOARD OF TRUSTEES OF      :
CONNECTICUT STATE        :
UNIVERSITY (CSU) SYSTEM,   :
ET AL                  :
             DEFENDANTS     :       MAY 16, 2005


**PLAINTIFF'S SUPPLEMENTAL EXHIBIT LIST**


On May 3, 2004 the parties submitted a Joint Trial Memorandum in the above-captioned

matter. In compliance with the court order regarding the required contents of the trial

memorandum, the Plaintiff included therein a list of exhibits she will offer. The Plaintiff now

supplements that list to include the following additional exhibits:

71.     Plaintiff's Publication:  "Effects of Aggregate, Water/Cement Ratio, and Curing

          on the Coefficient of Linear Thermal Expansion of Concrete" dated January 12-16,

          1992;

2

72.     Publication of Plaintiff:  "Effects of Coefficient of Thermal Expansion and

Modulus of Elasticity on Concrete Pavement Performance" dated September 28-

October 1, 1994;

73.     Publication of Plaintiff:  "Job Opportunities for Engineering Technology" dated

Fall, 1999;

74.     Collective Bargaining Agreement for CCSU, dated August 29, 1997 through

August 23, 2001.

PLAINTIFF

By_____

Joseph A. Moniz (ct04316)
Moniz & Associates
100 Allyn Street
Hartford, CT  06103
Tel. (860) 278-0200
His Attorneys

3

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel. (860) 808-5340

_____

Joseph A. Moniz