UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DR. GABRIEL D. ALUNGBE | : | CIVIL ACTION NO. 3:01CV0503(EBB) |
|     *PLAINTIFF*, | : | |
| | : | |
| V. | : | |
| | : | |
| BOARD OF TRUSTEES OF | : | |
| CONNECTICUT STATE UNIVERSITY | : | |
| (CSU) SYSTEM, ET AL., | : | |
|     *DEFENDANTS* | : | MAY 16, 2005 |

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S WITNESSES AND EXHIBITS

COMES NOW the defendants and object to the plaintiff's exhibits as follows:

**NOTE: The defendants cannot file all of their objections to witnesses because the exact nature of the testimony of the plaintiff's witnesses is unknown. Defendants reserve their evidentiary objection to the actual testimony.**

| | |
|---|---|
| Dr. Merle W. Harris: | Objection as to relevancy, not a decision maker or involved in promotion process in 1999; Unfairly prejudicial and designed to confuse or mislead the jury. |
| Dr. John Shumaker: | Objection as to relevancy, not a decision maker or involved in promotion process in 1999; Unfairly prejudicial and designed to confuse or mislead the jury. |
| Dr. George Muirhead: | Objection as to relevancy, not a decision maker or involved in promotion process in 1999; Unfairly prejudicial and designed to confuse or mislead the jury. |
| Dr. Karen Beyard: | Objection as to relevancy, not a decision maker or involved in promotion process in 1999; Unfairly prejudicial and designed to confuse or mislead the jury. |
| Dr. Andrew Baron: | Objection as to relevancy, not a decision maker or involved in promotion process in 1999; Unfairly prejudicial and designed to confuse or mislead the jury. |
| Dr. Jon Wright: | Objection as to relevancy, not a decision maker or involved in promotion process in 1999; Unfairly prejudicial and designed to confuse or mislead the jury. |

| | |
|---|---|
| Mr. Daryll C. Dowty: | Objection as to relevancy, not a decision maker or involved in promotion process in 1999; Unfairly prejudicial and designed to confuse or mislead the jury. |
| Dr. John Harmon: | Objection as to relevancy, not a decision maker or involved in promotion process in 1999; Unfairly prejudicial and designed to confuse or mislead the jury. |

**Plaintiff's Exhibits**

1. Application for Promotion -1995/96: Object - foundation, relevancy, hearsay, defendant was not provided with a copy of the exhibit to examine as required by court's pretrial order.

2. Application for Promotion – 1996/97: Object - foundation, relevancy, hearsay, defendant was not provided with a copy of the exhibit to examine as required by court's pretrial order.

3. Application for Promotion – 1997/98: Object - foundation, relevancy, hearsay, defendant was not provided with a copy of the exhibit to examine as required by court's pretrial order.

4. Application for Promotion – 1998/99: Object - foundation, relevancy, hearsay, defendant was not provided with a copy of the exhibit to examine as required by court's pretrial order.

5. Application for Promotion – 1999/2000: Object - foundation, relevancy, hearsay, defendant was not provided with a copy of the exhibit to examine as required by court's pretrial order.

6. Application for Promotion – 2000/01: Object - foundation, relevancy, hearsay, defendant was not provided with a copy of the exhibit to examine as required by court's pretrial order.

7. Requirements for Tenure and Promotion: Object - foundation, relevancy, hearsay, authentication, exhibit is incomplete.

8. Diversity Climate Audit Report for School of Technology dated June 5, 1997: Object - foundation, relevancy, hearsay, unfairly preudicial, contained improper opinions.

9. Memo from Wright to Plaintiff dated December 9, 1992: Object - foundation, relevancy.

10. Memo from Plaintiff to Wright dated February 12, 1993 re: University-wide Committees: Object - foundation, relevancy, hearsay, improper opinion.

11. Note from Wright to Plaintiff dated February 17, 1993: Object - foundation, relevancy.

12. Memo from Karen Beyard to Plaintiff dated February 18, 1992 (sic) re: University-wide Committees: Object - foundation, relevancy, hearsay.

13. Memo from John Shumaker to Plaintiff dated March 9, 1993 re: University-wide Committees: Object - foundation, relevancy, hearsay

14. Letter from Plaintiff to Donnie J. Perkins dated January 24, 1997: Object - foundation, relevancy, hearsay, unfailry prejudicial.

15. Letter from Perkins to Plaintiff dated June 12, 1997: NO OBJECTION

16. July 25, 1997 Racial Discrimination Complaint filed by Plaintiff against Wright.

17. Promotion and Tenure Decisions (1996-2000) from Department Evaluation Commiteee, Dean of School of Technology and Promotion and Tenure Committee:  Object - foundation, relevancy, hearsay, unfairly prejudicial.

18. Memo from Plainitff to Lawrence McHugh dated May 1, 2000 re: Request to Award Promotion to Gabriel D. Alungbe of CCSU with attachments: Object foundation, relevancy, hearsay, unfailry prejudical.

19. Note from M.J. Lambe, M.D. of Plaintiff's 11/26/93 visit with diagnosis of stress due to work: Object - Foundation, relevancy, hearsay, calls for expert testimony, unfailry prejudicial.

20. Records of oral complaint made by Plaintiff on April 19, 2000 to Ms. Laurie A. Deane, Executive Assistant to Dr. Judd: Object - exhibit is incomplete. See defendant exhibit 12.

21. Records dated on or about June 5, 2000 of Board's approval of Dr. Judd's decision not to promote Plaintiff: Object - foundation, relevancy, hearsay, defendant was not provided with a copy of the exhibit to examine as required by court's pretrial order.

22. Letter from Plaintiff to Board dated on or about May 1, 2000: Object - foundation, relevancy, hearsay, unfairly prejudicial, duplicate to exhibit 18, improper opinion.

23. Letter from Mr. Lawrence D. McHugh to Plaintiff dated May 4, 2000: Object - foundation, relevancy, hearsay, defendant was not provided with a copy of the exhibit to examine as required by court's pretrial order.

24. Memo from Plainiff to Dr. Andrew Baron dated October 14, 1994: Object - foundation, relevancy, unfairly prejudicial and confusing.

25. Baron's response to Plaintiff dated October 17, 1994: Object - foundation, relevancy, unfairly prejudicial and confusing.

26. Final Visitation Report sent by John W. Prados to Shumaker with memo dated August 5, 1992 (misrepresentation page 7, paragraph 2): Object - foundation, relevancy, hearsay, defendant was not provided with a copy of the exhibit to examine as required by court's pretrial order.

27. Memo from Plaintiff to Defendant Wright dated September 20, 1993: Object - foundation, relevancy, hearsay.

28. Memo from Plaintiff to Defendant Wright dated September 27, 1993: Object - foundation, relevancy, hearsay.

29. Memo from Defendant Wright to Dr. Merle Harris dated December 11, 1995: Object - foundation, relevancy, exhibit contains a date error.

30. Correction memo issued by Defendant Wright after meeting of December 18, 1995 which was backdated to December 11, 1995: Object - foundation, relevancy, hearsay, exhibit contained date error.

31. Memo to Defendant Wright from Plantiff dated February 7, 1994 for funds to travel to Austria on September 29 and 30, 1994 to present paper and Wright's response: Object - foundation, relevancy, confusing.

32. Letter from John Harmon to Donnie Perkins November 13, 1996: Object - foundation, relevancy, hearsay, the exhibit is incomplete; unfairly prejudicial and confusing.

33. Letter from Dr. Harris to Plaintiff dated April 12, 1996 denying promotion: Object - foundation, relevancy, confusing.

34. Letter from Dr. Judd to Plaintiff dated April 14, 1997 denying promotion: Object - foundation, relevancy, confusing, motion in limine.

35. Letter from Dr. Judd to Plaintiff dated April 15, 1998 denying promotion: Object - foundation, relevancy, confusing, motion in limine.

36. Letter from Dr. Judd to Plaintiff dated April 14, 1999 denying promotion: NO OBJECTION.

37. Letter from Dr. Judd to Plaintiff dated April 13, 2000 denying promotion: NO OBJECTION.

38. Memo from Plaintiff to Dr. Chavarro dated August 13, 1996: Object - foundation, relevancy, hearsay, unfairly prejudicial.

39. Memo from Daryll Dowty to Plaintiff dated September 14, 1994: Object - foundation, relevancy, confusing.

40. Note from Wright to Plaintiff dated September 15, 1994: Object - foundation, relevancy, confusing, motion in limine.

41. Memo from Dowty to Wright dated October 24, 1994: Object- foundation, relevancy, confusing, motion in limine.

42. Notes from Lennard Lema of meeting of DEC Engineering Technology Department dated May 15, 1991: Object - foundation, relevancy.

43. Letter from Plaintifff to DEC dated June 5, 1991: Object - foundation, relevancy, confusing, hearsay.

44. Letter from Plaintiff to DEC dated September 3, 1991 with response to the DEC report dated May 15, 1991: Object - foundation, relevancy, confusing, hearsay.

45. Memo from Weilin P. Chang dated September 13, 1995 and note from Wright to Plaintiff: Object - foundation, relevancy, confusing, hearsay.

46. Memo from Defendant Wright to Dr. Robert Gubala dated April 28, 1994 re: Special Evalaution for Dr. Gabriel Alungbe: Object - foundation, relevancy, confusing.

47. Memo from Defendant Wright to Dr. Karen Beyard re: Outside Evaluation of Dr. Alungbe: Object - foundation, relevancy, confusing, incomplete.

48. Report of the Special Evaluation Committee: Gabriel Alungbe dated July 11, 1994: Object - foundation, relevancy, confusing.

49. Memo from Plaintiff to Dr. Baron re: 1995 Spring Semester Schedule: Object- foundation, relevancy, hearsay, improper opinion, confusing, duplicate of exhibit 24.

50. Memo from Dr. Baron to Plaintiff dated October 17, 1994 re: 1995 Spring Schedule and Schedule attached: Object - foundation, relevancy, confusing, duplicate of exhibit 25.

51. TAC/ABET Final Report: Object - foundation, relevancy, confusing, hearsay.

52. Memo from Plaintiff to Wright dated September 20, 1993 re: Industrial Experience: Object - foundation, relevancy, confusing, hearsay.

53. Plaintiff's Employment and Educational History: Object - foundation, relevancy, hearsay.

54. Memo from Plaintiff to Wright dated September 21, 1993 re: Industrial Experience: Object - foundation, relevancy, confusing, hearsay.

55. Memo from Plaintiff to Wright dated September 27, 1993 re: Industrial Experience: Object - foundation, relevancy, confusing, hearsay.

56. Memo from Wright to Dr. Harris dated December 11, 1995 re: Renewal of Plaintiff: Object - foundation, relevancy, confusing, duplicate to exhibit 30, contains material error.

57. Memo from Wright to Dr. Harris dated December 11, 1995 re: Renewal of Plaintiff with notation from Nancy dated December 18, 1995: Object - foundation, relevancy, confusing, duplicate to exhibit 30, contains material error.

58. Memo from Plaintiff to Dr. Harris re: Two Peer Referred Articles dated January 5, 1996 with 2 attached faxes: foundation, relevancy, confusing.

59. Abridged CV of Plaintiff with Volumes 2 and 9 of P&T Dossier: Object - foundation, relevancy, confusing, incomplete, copy of entire exhibit not provided as required by the rules.

60. CV of Plaintiff (8 pages): Object - foundation, relevancy.

61. Memo from Dr. Bartelt to Dr. Judd re: Dr. Gabriel Alungbe – Promotion to the Rank of Associate Professor with attachments: Object - foundation, relevancy, contains hearsay, repetitious, unfairly prejudicial.

62. Memo from Plaintiff to Laurie A Deane dated April 20, 2000 re: Requested Information: Object - foundation, relevancy, hearsay.

63. Memo from Dr. Bartelt to Dr. Judd dated June 6, 2000 re: Complaint of Dr. Gabriel Alungbe: NO OBJECTION

64. "Geotextiles in Flexible Pavement Construction" published by Plaintiff: Object - foundation, relevancy, not complete.

65. Examples of academic achievements: Object - foundation, relevancy, heasray confusing.

66. Memo from Dr. Judd to Plaintiff dated January 28, 1997 re: Your Memorandum of December 1996 "Application for Promotion": Object - foundation, relevancy, confusing, unfailry prejudicial (retaliation claim was dismissed).

67. Two publications by William D. Chatfield and Andrew W. Baron: Object - foundation, relevancy, hearsay, confusing, exhibit is incomplete.

68. Memo from Plaintiff to Donnie Perkins dated July 19, 1997 re: Request for Formal Review of Complaints: Object - foundation, relevancy, confusing.

69. Letter from Dr. Wright to Dr. Judd dated December 7, 1996: Object - foundation, relevancy, confusing.

70. Letter from George C. Springer, Jr. to Richard Judd dated May 6, 1997: Object - foundation, relevancy, confusing, hearsay, improper opinion, not complete, unfairly prejudicial.

        DEFENDANTS,

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
      Joseph A. Jordano (ct 21487)
      Assistant Attorney General
      55 Elm Street, P. O. Box 120
      Hartford, CT 06141-0120
      Tel: 860-808-5340
      Fax: 860-808-5383
      email: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on the 16th day of May, 2005, a true and accurate copy of the foregoing was hand delivered to the following:

Joseph Moniz, Esq.
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT  06103

_____
Joseph A. Jordano
Assistant Attorney General