UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DR. GABRIEL D. ALUNGBE | : | CIVIL NO. 3:01CV0503(EBB) |
| *Plaintiff*, | : | |
| | : | |
| V. | : | |
| | : | |
| BOARD OF TRUSTEES OF | : | |
| CONNECTICUT STATE UNIVERSITY | : | |
| (CSU) SYSTEM, ET AL., | : | |
| *Defendants* | : | MAY 19, 2005 |

**DEFENDANTS' SUPPLEMENTAL OBJECTIONS TO PLAINTIFF'S EXHIBITS**

COMES NOW the defendants and object to the plaintiff's exhibits as follows:

16. July 25, 1997 Racial Discrimination Complaint filed by Plaintiff against Wright. **OBJECTION**: Foundation, relevancy, hearsay, unfairly prejudicial.

The defendants inadvertently failed to list their objection to Plaintiff Exhibit 16 in their prior submision to the Court.

The defendants have no objection to plaintiff's supplemental Exhibits 71, 72 and 73. The defendants reserve the right to object to Plaintiff Supplemental Exhibit 74 in that they have not been supplied a copy of the exhibit and are unclear what section(s) will be entered.

2

        DEFENDANTS,

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
        Joseph A. Jordano  (ct 21487)
        Assistant Attorney General
        55 Elm Street, P. O. Box 120
        Hartford, CT 06141-0120
        Tel: 860-808-5340
        Fax: 860-808-5383
        email: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on the 19th day of May, 2005, a true and accurate copy of the foregoing was hand delivered to the following:

Joseph Moniz, Esq.
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT  06103

        _____
        Joseph A. Jordano
        Assistant Attorney General