**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DR. GABRIEL D. ALUNGBE | : | CIVIL NO. 3:01CV0503(EBB) |
| *Plaintiff*, | : | |
| | : | |
| | : | |
| V. | : | |
| | : | |
| BOARD OF TRUSTEES OF | : | |
| CONNECTICUT STATE UNIVERSITY | : | |
| (CSU) SYSTEM, ET AL., | : | |
| *Defendants* | : | MAY 19, 2005 |

**DEFENDANTS' SUPPLEMENTAL EXHIBIT LIST**

On May 3, 2005, the parties submitted a Joint Trial Memorandum in the above-

captioned matter.  In compliance  with the court order regarding the required contests of

the trial memorandum, the defendants included a list of exhibits they will offer.  The

defendants now supplement that list to include the following additional exhibit:

      19.     Volume I of 1999 application for promotion dossier by Gabriel Alungbe;


                           DEFENDANTS,

                           RICHARD BLUMENTHAL
                           ATTORNEY GENERAL

BY:      _____

                           Joseph A. Jordano  (ct 21487)
                           Assistant Attorney General
                           55 Elm Street, P. O. Box 120
                           Hartford, CT 06141-0120
                           Tel: 860-808-5340
                           Fax: 860-808-5383
                           email: Joseph.Jordano@po.state.ct.us

2

## **CERTIFICATION**

The undersigned hereby certifies that on the 19th day of May, 2005, a true and

accurate copy of the foregoing was hand delivered to the following:


Joseph Moniz, Esq.
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT  06103


_____
Joseph A. Jordano
Assistant Attorney General

2