UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DR. GABRIEL D. ALUNGBE | : | NO. 3:01CV00503(EBB) |
| *PLAINTIFF*, | : | |
| V. | : | |
| BOARD OF TRUSTEES OF CONNECTICUT STATE UNIVERSITY (CSU) SYSTEM, ET AL., | : | |
| *DEFENDANTS* | : | MAY 23, 2005 |

## REQUEST FOR LIMITING INSTRUCTION

COME NOW the defendants and if the court denies the defendants' motion in limine regarding evidence of the plaintiff's request for promotion in 1996, 1997 and 1998, those matters not being before the court and involving different university employees in the promotion process, the defendants request the following limiting instruction:

> In this case you will hear evidence concerning the plaintiff's prior applications for promotion at CCSU in 1996, 1997 and 1998 that involved different Deans of the School of Technology and/or faculty members on the CCSU university wide Promotion and Tenure Committee. I instruct you that the plaintiff's prior applications for promotion are not before this court and this evidence is solely for your use as background information. You may not infer discrimination based on applications for promotion that occurred before the fall of 1999.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano  (ct 21487)
Assistant Attorney General
55 Elm Street
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
email: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on the \_\_\_\_ day of May, 2005, a true and accurate copy of the foregoing was hand delivered to the following:

Joseph Moniz, ESQ.
100 Allyn Street
Hartford, CT 06103

_____
Joseph A. Jordano
Assistant Attorney General