71

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DR. GABRIEL D. ALUNGBE : CIVIL NO. 3:01CV0503(EBB)
　　　*Plaintiff*,

V.

BOARD OF TRUSTEES OF
CONNECTICUT STATE UNIVERSITY
(CSU) SYSTEM, ET AL.,
　　　*Defendants* : MAY 19, 2005

**DEFENDANTS' SUPPLEMENTAL OBJECTIONS TO PLAINTIFF'S EXHIBITS**

COMES NOW the defendants and object to the plaintiff's exhibits as follows:

16.　　July 25, 1997 Racial Discrimination Complaint filed by Plaintiff against Wright. **OBJECTION**: Foundation, relevancy, hearsay, unfairly prejudicial.

The defendants inadvertently failed to list their objection to Plaintiff Exhibit 16 in their prior submision to the Court.

The defendants have no objection to plaintiff's supplemental Exhibits 71, 72 and 73. The defendants reserve the right to object to Plaintiff Supplemental Exhibit 74 in that they have not been supplied a copy of the exhibit and are unclear what section(s) will be entered.



FILED 2005 MAY 24 P 4: U.S. DISTRICT COURT NEW HAVEN, CT