UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DR. GABRIEL D. ALUNGBE<br>*PLAINTIFF*, | : | CIVIL NO. 3:01CV00503(EBB) |
| V. | : | |
| BOARD OF TRUSTEES OF<br>CONNECTICUT STATE UNIVERSITY<br>(CSU) SYSTEM, ET AL.,<br>*DEFENDANTS* | :<br>:<br>:<br>: | MAY 16, 2004 |

**DEFENDANTS' SECOND MOTION IN LIMINE OR TO EXCLUDE EXHIBITS**

COME NOW the defendants and move to exclude or prohibit the plaintiff from offering or mentioning plaintiff's exhibits 1-13, 18, 19, 24-35, 38-45, 47-52, 54-58 and 67 on the grounds that these exhibits dating back to 1991: (1) relate to matters involving different CCSU employees who had no involvement in the 1999 promotion process or decision by President Judd; (2) are not material to the 1999 promotion decision; (3) are being offered to prejudice or confuse the jury about issues not properly before the court.

The defendants request a Rule 103 hearing requiring the plaintiff to make an offer of proof showing how these exhibits could be relevant to the narrow legal issue in this case.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano  (ct 21487)
Assistant Attorney General
55 Elm Street, P. O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
email: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on the 16th day of May, 2005, a true and accurate copy of the foregoing was hand delivered to the following:

Joseph Moniz, Esq.
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT  06103

_____
Joseph A. Jordano
Assistant Attorney General