

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DR. GABRIEL D. ALUNGBE : | CIVIL ACTION NO. |
| *Plaintiff*, : | 3:01CV00503(EBB) |
| : | |
| V. : | |
| BOARD OF TRUSTEES OF : | |
| CONNECTICUT STATE UNIVERSITY : | |
| (CSU) SYSTEM, ET AL., : | |
| *Defendants* : | APRIL 19, 2005 |

## MOTION IN LIMINE

Comes now the defendant and moves for an order prohibiting the plaintiff from offering or mentioning any testimony or documents relating to: (1) a 1996 CCSU faculty climate diversity opinion survey and (2) the plaintiff's applications for promotion prior to 1999. Said evidence is irrelevant, hearsay and its prejudicial affect outweighs any probative value.

The defendant further requests a Rule 104 hearing requiring the plaintiff to make an offer of proof establishing the basis for the admissibility of such evidence.

FILED
2005 MAY 25  P 4:13
U.S. DISTRICT COURT
NEW HAVEN, CT