UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DR. GABRIEL D. ALUNGBE | : | NO. 3:01CV00503(EBB) |
| *PLAINTIFF*, | : | |
| V. | : | |
| BOARD OF TRUSTEES OF CONNECTICUT STATE UNIVERSITY (CSU) SYSTEM, ET AL., | : | |
| *DEFENDANTS* | : | MAY 27, 2005 |

## REQUEST FOR SUPPLEMENTAL INSTRUCTION

COME NOW the defendants and request that the jury be instructed as follows:

The only claim in this case is for the denial of promotion in 1999 that the plaintiff alleges was motivated by his race or national origin. You are not to decide this case upon any other basis for which I have not instructed you about the law. Some of you may be familiar with phrases such as "hostile work environment," "retaliation" or "harassment." Those types of claims require different legal elements and are not at issue in this case.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano (ct 21487)
Assistant Attorney General
55 Elm Street
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
email: Joseph.Jordano@po.state.ct.us

**<u>CERTIFICATION</u>**

The undersigned hereby certifies that on the 27th day of May, 2005, a true and accurate copy of the foregoing was hand delivered to the following:

Joseph Moniz
Moniz & Associates
100 Allyn Street
Harftford, CT 06103

_____
Joseph A. Jordano
Assistant Attorney General