UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GABRIEL ALUNGBE, :
       Plaintiff, :
       :
   v. : 3:01CV503(EBB)
       :
BOARD OF TRUSTEES OF :
CONNECTICUT STATE UNIVERSITY :
(CSU) SYSTEM, et al., :
       Defendants. :

### JURY INTERROGATORIES

1. Did the Plaintiff prove by a preponderance of the evidence that, when Plaintiff was denied a promotion during the 1999-2000 academic year, race or national origin was a motivating factor in the Defendants' treatment of Plaintiff?

     \_\_\_\_ Yes           _X_ No

**If you have answered "Yes" to Question Number 1, please proceed to Question Number 2. If you have answered "No", your deliberations are at an end. The Foreperson should sign and date this form and notify the Marshal that you have reached your verdict. The verdict will then be returned to Court.**

2. If the Plaintiff proved by a preponderance of the evidence that his race or national origin was a motivating factor in the decision to deny him a promotion during the 1999-2000 academic

year, have the Defendants proven by a preponderance of the evidence that they would have taken the same action even if the Plaintiff's race or national origin had not been taken into account?

        ____ Yes                       ____ No

**Your deliberations are now concluded. The Foreperson should sign and date this verdict form and advise the Marshal that you have reached your verdict. The verdict will then be returned to Court.**

*[signature: Cheryl Woland]*
FOREPERSON

Signed at New Haven, Connecticut this 31 day of May, 2005.