AO 187 (Rev. 7/87) Exhibit and Witness List

# United States ~~FILED District~~ Court

Gabriel Alungbe
v.
Board of Trustees, et al

DISTRICT OF
2005 MAY 31 P 1:55
U.S. DISTRICT COURT
NEW HAVEN, CT

~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 3:01 CV 503 (EBB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen B. Burns | Joseph Moniz | Joseph Jordano |
| TRIAL DATE(S) May 24, 2005 – May 31, 2005 | COURT REPORTER Falzarano | COURTROOM DEPUTY B. Rodko |

| PLF. | DEF. | DATE | | | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | May 24, 2005 | | | Dr. George Ku, Farmington, CT |
| ✓ | | May 24, 2005 | May 31, 2005 | | Dr. Gabriel Alungbe, New Britain, CT |
| ✓ | | May 25, 2005 | | | Sanford Rich, Farmington, CT |
| ✓ | | May 25, 2005 | | | Daryll Dunty, Middletown, CT |
| ✓ | | May 25, 2005 | May 24, 2005 | | Dr. Richard Judd, New Britain, CT |
| ✓ | | May 26, 2005 | | | Dr. Stewart Bennett, Cheshire, CT |
| ✓ | | May 26, 2005 | | | Deborah Zanella, Northbury, CT |
| ~~✓~~ | ✓ | May 26, 2005 | | | Donna Munroe, Bolton, CT |
| | ✓ | May 27, 2005 | | | Dr. Olusegun Odesina, New Britain, CT |
| | ✓ | May 27, 2005 | | | Dr. Zdzislaw Kremens, Farmington, CT |