DR. GABRIEL D. ALUNGBE, PLAINTIFF : CIVIL ACTION NO. 301CV503 (EBB)

VS. :

BOARD OF TRUSTEES OF CONNECTICUT STATE UNIVERSITY (CSU) SYSTEM, ET AL DEFENDANTS : MAY 19, 2005

FILED
2005 MAY 31 P 1:55
U.S. DISTRICT COURT NEW HAVEN, CT

## PLAINTIFF'S EXHIBIT LIST

| Exh. No. | Former Exh. No. | |
|---|---|---|
| 1. | 5. | Application for Promotion – 1999/2000 |
| 2. | 8. | Diversity Climate Audit Report for School of Technology dated June 5, 1997 |
| 3. | 10. | Memo from Plaintiff to Wright dated February 12, 1993 re: University-wide Committees |
| 4. | 11. | Note from Wright to Plaintiff dated February 17, 1993 |
| 5. | 12. | Memo from Karen Beyard to Plaintiff dated February 18, 1992 (sic) re: University-wide Committees |
| 6. | 13. | Memo from John Shumaker to Plaintiff dated March 9, 1993 re: University-wide Committees |
| Full 5/27/05 – 7. | 17. | Promotion and Tenure Decisions (1996-2000) from Department Evaluation Commiteee, Dean of School of Technology and Promotion and Tenure Committee |
| 8. | 18. | Memo from Plaintiff to Lawrence McHugh dated May 1, 2000 re: Request to Award Promotion to Gabriel D. Alungbe of CCSU with attachments |
| 9. | 24. | Memo from Plaintiff to Dr. Andrew Baron dated October 14, 1994 |
| 10. | 25. | Baron's response to Plaintiff dated October 17, 1994 |


| | | | |
|---|---|---|---|
| Full (limited) 5/25/05 | 11. | 30. | Correction memo issued by Defendant Wright after meeting of December 18, 1995 which was backdated to December 11, 1995 |
| | 12. | 32. | Letter from John Harmon to Donnie Perkins dated November 13, 1996 |
| | 13. | 40. | Note from Wright to Plaintiff dated September 15, 1994 |
| | 14. | 53. | Plaintiff's Employment and Educational History |
| Full - 5/25/05 | 15. | 56. | Memo from Wright to Dr. Harris dated December 11, 1995 re: Renewal of Plaintiff |
| | 16. | 58. | Memo from Plaintiff to Dr. Harris re: Two Peer Referred Articles dated January 5, 1996 with 2 attached faxes |
| | 17. | 59. | Abridged CV of Plaintiff to be used with Volumes 1 and 2 of P&T Dossier |
| Full - 5/24/05 | 18. | 60. | CV of Plaintiff (8 pages) |
| | 19. | 61. | Memo dated December 10, 1999 from Dr. Bartelt to Dr. Judd re: Dr. Gabriel Alungbe – Promotion to the Rank of Associate Professor with attachments |
| Full - 5/24/05 | 20. | 63. | Memo from Dr. Bartelt to Dr. Judd dated June 6, 2000 re: Complaint of Dr. Gabriel Alungbe |
| | 21. | 64. | "Geotextiles in Flexible Pavement Construction" published by Plaintiff |
| | 22. | 65. | Examples of academic achievements |
| | 23. | 66. | Memo from Dr. Judd to Plaintiff dated January 28, 1997 re: Your Memorandum of December 1996 "Application for Promotion" |
| | 24. | 67. | Two publications by William D. Chatfield and Andrew W. Baron |
| | 25. | 70. | Letter from George C. Springer, Jr. to Dr. Judd re: Gabriel Alungbe |
| Full - 5/24/05 – | 26. | 71. | Plaintiff's Publication: "Effects of Aggregate, Water/Cement Ratio, and Curing on the Coefficient of Linear Thermal Expansion of Concrete" dated January 12-16, 1992; |
| Full - 5/24/05 | 27. | 72. | Plaintiff's Publication on of Plaintiff: "Effects of Coefficient of Thermal Expansion and Modulus of Elasticity on Concrete Pavement Performance" dated September 28-October 1, 1994; |

Full 5/24/05 – 28. 73. Publication of Plaintiff: "Job Opportunities for Engineering Technology" dated Fall, 1999;

29. 74. Collective Bargaining Agreement for CCSU, dated August 29, 1997 – through August 23, 2001.

page

Full 5/24/05 – 29A – page 32/33 of Collective Bargaining Agreement for CCSU dated 8/29/97 - 8/23/01

Full 5/25/05 – 30 – Letter to G. Alungbe from R. Judd dated 4/13/00

– 31 – Alungbe's Portfolio for promotion

Full 5/25/05 – 32 – Sanford Rich's resume

Full 5/25/05 – 29b – pages 26/27 of the Collective Bargaining Agreement

Full 5/25/05 29B – Article 3 of the Collective Bargaining Agreement