ID #

Alungbe v. CCSU, 3:01CV0503(EBB)
Defendant's Exhibit List

| Document No. | DESCRIPTION | Duplication of Plaintiff Exhibit | Objection/Basis | Admitted as Full or Identification Exhibit | Witness on Stand |
|---|---|---|---|---|---|
| 1 | 1999 Application for Promotion and CV for Gabriel Alungbe | | | Full 5/25/05 | |
| 2 | Memo to Richard Judd from Dean Zdzislaw Kremens, dated December 10, 1999 | | | Full 5/25/05 | |
| 3 | School of Technology worksheet for Pearl Bartelt | Pltf Reserves right to object Re: Handwriting | | Full 5/25/05 | |
| 4 | 1999 University-wide Committee list of faculty promotion applicants for School of Technology (Assistant to Associate Professor) | | | Full 5/25/05 | |
| 5 | Special Assessment, October 16, 2000 | | Hearsay under Rules 801 and 802, Relevance under Rules 401, 402 and 403 | | |
| 6 | Special Assessment, April 29, 2004 | | Hearsay under Rules 801 and 802, Relevance under Rules 401, 402 and 403 | | |
| 7 | Memo to Dean Kremens from Alungbe, dated December 13, 2000 | | Hearsay under Rules 801 and 802, Relevance under Rules 401, 402 and 403 | Full 5/25/05 | |
| 8 | Mission Statement of CCSU School of Technology, dated January 10, 2000 | | Relevance | | |
| 9 | Memo to President Judd from Dean Kremens, dated December 14, 2000 | | Hearsay under Rules 801 and 802, Relevance under Rules 401, 402 and 403, | | |
| 10 | Sample Complaints from Engineering Students | | Hearsay under Rules 801 and 802, Relevance under Rules 401, 402 and 403, Authentication | | |

2005 MAY 31 P 1:55
U.S. DISTRICT COURT
NEW HAVEN, CT

Alungbe v. CCSU, 3:01CV0503(EBB)
Defendant's Exhibit Chart

| Document No. | DESCRIPTION | Duplication of Plaintiff Exhibit | Objection/Basis | Admitted as Full or Identification Exhibit | Witness on Stand |
|---|---|---|---|---|---|
| 11 | CHRO No Reasonable Cause Finding for Charge # 16a01368, dated December 14, 2000 | | Hearsay under Rules 801 and 802, Relevance under Rules 401, 402 and 403 | | |
| 12 | Memo from Laurie Deane, CCSU Affirmative Action Officer to President Judd, dated June 6, 2000 | | Hearsay under Rules 801 and 802, Relevance under Rules 401, 402 and 403 | | |
| 13 | Minutes of Faculty meeting on March 2, 2000 | | Hearsay under Rules 801 and 802, Relevance under Rules 401, 402 and 403 | | |
| 14 | 1991 DEC Evaluation for the plaintiff with plaintiff's response | | Hearsay under Rules 801 and 802, Relevance under Rules 401, 402 and 403 | | |
| 15 | 2000-2001 Promotion List for CCSU (Applied for in 1999 following academic year) | | | Full 5/25/05 | |
| 16 | 1999-2000 University Wide Promotion Request Sheet with notes of Donna Munroe for Technology promotion candidates (Assistant to Associate Professor) | | | Full 5/25/05 | |
| 17 | 1999-2000 University Wide Promotion Request Sheet with notes of Donna Munroe for Professor Karen Tracey from the School of Technology | | | Full 5/25/05 | |
| 18 | Article entitled 'Geotextiles in Flexible Pavement Construction' by Gabriel Alungbe | | | Full 5/25/05 | |
| 19 | Volume I of application for promotion dossier in 1999 by Gabriel Alungbe | | | Full 5/25/05 | |
| 20 | Letter from J. Cassella to D. Steel 3/15/04 | | | | |