Alungbe

VS

Board of Trustees, et al

3:01cv503(EBB)

**FILED**

2005 MAY 31  P 2: 37

U.S. DISTRICT COURT
NEW HAVEN, CT

I hereby acknowledge receipt of ALL Plaintiff's exhibits in the above referenced case.

_____
Plaintiff's Counsel