FILED

Alungbe

2005 MAY 31  P 2:37

VS

3:01cv503(EBB)

U.S. DISTRICT COURT
NEW HAVEN, CT

Board of Trustees, et al

I hereby acknowledge receipt of ALL Defendants' exhibits in the above referenced case.

_____
Defense Counsel