UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DR. GABRIEL D. ALUNGBE

    v.                                                                    Civil No. 3:01CV503(EBB)

BOARD OF TRUSTEES OF
CONNECTICUT STATE UNIVERSITY
(CSU) SYSTEM, DR. WILLIAM J.
CIBES, JR., CENTRAL CONNECTICUT
STATE UNIVERSITY, DR. RICHARD L.
JUDD, DR. PEARL W. BARTELT,
DR. ZDZISLAW B. KREMENS, DR. MERLE
W. HARRIS, DR. JOHN W. SHUMAKER,
DR. GEORGE R. MUIRHEAD, DR. KAREN C.
BEYARD, DR. JOHN R. WRIGHT, DR. ANDREW
W. BARON, MR. LEONARD F. LEMA and
MR. DARYLL C. DOWTY

## JUDGMENT

This matter came on for trial before a jury and the Honorable Ellen Bree Burns, Senior United States District Judge. On May 31, 2005, the jury returned a verdict for the defendants, Board of Trustees of Connecticut State University (CSU) System and Central Connecticut State University. On April 9, 2001, the case was voluntarily dismissed against the defendants, Dr. Pearl W. Bartelt, Dr. John W. Shumaker, Dr. George R. Muirhead, Dr. Karen C. Beyard, Dr. Andrew W. Baron and Mr. Leonard F. Lema. On September 4, 2003, an Opinion entered by the Honorable Gerard L. Goettel, Senior, United States District Judge, entering summary judgment for the defendants, Dr. William J. Cibes, Jr., Dr. Richard L. Judd, Dr. Zdzislaw B. Kremens, Dr. Merle W. Harris, Dr. John R. Wright and Mr. Daryll C. Dowty.

EOD: _____

2

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants, Board of Trustees of Connecticut State University (CSU) System, Central Connecticut State University, Dr. William J. Cibes, Jr., Dr. Richard L. Judd, Dr. Zdzislaw B. Kremens, Dr. Merle W. Harris, Dr. John R. Wright and Mr. Daryll C. Dowty and the case is closed.

Dated at New Haven, Connecticut this 31st day of May, 2005.

KEVIN F. ROWE, Clerk
By

Lori Inferrera
Deputy-in-Charge