UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GABRIEL ALUNGBE | : | CIVIL NO. 3:01CV0503(EBB) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| BOARD OF TRUSTEES, CONNECTICUT STATE | : | |
| UNIVERSITY (CSU) SYSTEM, CENTRAL | : | |
| CONNECTICUT STATE UNIVERSITY | | |
| *Defendants* | : | July 5, 2005 |

## MOTION FOR COSTS

This matter came on for trial before a jury and the Honorable Ellen Bree Burns, Senior United States District Court Judge. On May 31, 2005, the jury returned a verdict for the defendants Board of Trustees of Connecticut State University (CSU) System and Central Connecticut State University. (Doc. # 88). Judgment in this matter was entered on May 31, 2005 (Doc. # 94).

On April 9, 2001,the case was voluntarily dismissed against the defendants Dr. Pearl Bartelt, Dr. John Shumaker, Dr. George Muirhead, Dr. Karen Beyard, Dr. Andrew Baron and Leonard Lema.  On September 4, 2003, an Opinion entered by the Honorable Gerald L. Goettel, Senior United States District Court Judge, entering summary judgment for the defendants, Dr. William Cibes, Jr., Dr. Richard Judd, Dr. Zdzislaw Kremens, Dr. Merle Harris, Dr. John Wright and Daryll Dowty.  Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendants, who are the prevailing party in the above-captioned case, respectfully request that:

a.      The Court assess costs in the amount of $2,566.99 against the plaintiff in this action consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B;

b.      The $500.00 bond posted by the plaintiff (Doc. # 16) as security for costs in this action pursuant to Rule 83.3 of the Local Rules of the District of Connecticut be forfeited in full

and paid over to the State of Connecticut,  Attorney General's Office, to partially satisfy the bill of costs;

   c.  The Court issue an order forfeiting the $500 bond consistent with the request in sub-paragraph (b) above.

   The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

        DEFENDANTS

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


   BY:  _____
        Joseph A. Jordano
        Assistant Attorney General
        Federal Bar No. ct 21487
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5340
        Fax: (860) 808-5383
        E-mail: Joseph.Jordano@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing **Motion for Costs** with exhibits A and B attached was mailed, U.S. mail first class postage prepaid, this        day of July, 2005 to all counsel of record.

Joseph Moniz, Esq.
Moniz, Cooper & McCann
100 Allyn Street
Hartford, CT 06103


_____
Joseph A. Jordano
Assistant Attorney General

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF  CONNECTICUT**

GABRIEL ALUNGBE                      :    CIVIL NO. 3:01CV0503(PCD)
    *Plaintiff,*                        :
                                    :
    v.                                :
                                    :
BOARD OF TRUSTEES, CONNECTICUT STATE     :
UNIVERSITY (CSU) SYSTEM, CENTRAL           :
CONNECTICUT STATE UNIVERSITY
    *Defendants*                      :    July 5, 2005

**BILL OF COSTS**

1.  Fees of the Court Reporter ......................................... $ 810.00
        Deposition of Gabriel Alungbe, dated
        June 21, 2002 – invoice attached

2.  Fees of the Court Reporter………………………… $ 723.75
        Deposition of Gabriel Alungbe, Vol. II, dated
        August 2, 2002 – invoice attached

3.  Fees of the Court Reporter …………………….…...$ 370.58
        Deposition of Dr. John Wright, dated
        June 24, 2002 --  invoice attached

4.   Fees of the Court Reporter……………………….…$ 301.07
        Deposition of Dr. Richard Judd, dated
        July 10, 2002 – invoice attached

5.   Fees of the Court Reporter……………………….…$ 314.74
        Deposition of Pearl Bartelt, dated
        September 17, 2002 – invoice attached

5.  Fees of State Marshal ………………………………$  36.85
        Subpoena for trial – invoice attached

        **TOTAL**                            **$2,566.99**

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF  CONNECTICUT**

GABRIEL ALUNGBE                                          :    CIVIL NO. 3:01CV0503(PCD)
    *Plaintiff,*                                                 :
                                      :
    v.                                                             :
                                        :
BOARD OF TRUSTEES, CONNECTICUT STATE        :
UNIVERSITY (CSU) SYSTEM, CENTRAL             :
CONNECTICUT STATE UNIVERSITY
    *Defendants*                                            :    July 5, 2005

**CERTIFICATION**

       I, Joseph A. Jordano, an Assistant Attorney General for the State of Connecticut, hereby

certify that the foregoing costs were necessarily incurred in the defense of this matter, and that

they accurately and completely reflect the costs spent by defendants in preparation of trial,

preliminary injunction hearing and/or the motion for summary judgment filed in this case.


                                      _____
                                        Joseph A. Jordano
                                        Assistant Attorney General



       Subscribed and sworn to before me by the above affiant on this the _____ day of July

2005.



                            _____
                            Notary Public/Commissioner of the Superior Court