ATW
Linda

# Brandon Smith Reporting Service, LLC                    Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Tuesday, July 09, 2002 | 147rr |

Sharon Scully
Attorney General
55 Elm Street
Hartford, CT 06106

Phone:    (860) 808-5250    Fax:
Witness:  Alungbe, Gabriel, Prof.
Case:     Alungbe vs Bd of Trustees
Venue:
Case #:
Date:     6/21/2002
Start Time: 10:00 AM
End Time:  : 0
Reporter:  Ann Friedman
Claim #:
File #:                                                214

| Description | Quan | Total |
|---|---|---|
| Attorney General | 196 | $774.20 |
| Attorney General-Appearance | 1 | $75.00 |
|  | 1 | $0.00 |

Sub Total    $849.20
Payments     $849.20
Balance Due  $0.00

Fed. I.D. # 06-1448649
We accept Visa, Mastercard and American Express!

# Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, August 19, 2002 | 125pr |

Sharon Scully
Attorney General
55 Elm Street
Hartford, CT 06106

Phone: (860) 808-5250    Fax:

| | |
|---|---|
| Witness: | Alungbe, Gabriel, Prof. |
| Case: | Alungbe vs Bd of Trustees |
| Venue: | |
| Case #: | |
| Date: | 8/2/2002 |
| Start Time: | 10:00 AM |
| End Time: | :0 |
| Reporter: | Ann Friedman |
| Claim #: | 702ss |
| File #: | |

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| Ag-APP | Attorney General-Appearance | $75.00 | 1 | $75.00 |
| AG-O2 | Attorney General | $3.95 | 173 | $683.35 |
| | | Sub Total | | $758.35 |
| | | Payments | | $758.35 |
| | | Balance Due | | $0.00 |

Fed. I.D. # 06-1448649

**We accept Visa, Mastercard and American Express!**



**NIZIANKIEWICZ MILLER & M**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

```
SHARON SCULLY, ESQUIRE
STATE OF CONNECTICUT ATTORNEY GENERAL
55 ELM STREET                                         DATE       08/07/2002
HARTFORD, CT   06106                                  INVOICE        19988
                                                      CLIENT          3940
                                                      REFERENCE        HEN


Re: DR. GABRIEL D. ALUNGBE      BOARD OF TRUSTEES OF CT
Assignment Date: June 24, 2002


Deposition Of - JOHN R. WRIGHT, EdD           157 pages

TRANSCRIPT DR./EXPERT                                            349.60
                                                              ==========
                                        Total Amount  $          349.60
                                        Less Paid To Date $      370.58
                                                 Tax  $           20.98
                                            Total due $            0.00


YOUR ACCOUNT IS NOW PAST DUE!
PROMPT PAYMENT WOULD BE APPRECIATED!
```

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444



**NIZIANKIEWICZ & MILLER**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

SHARON SCULLY, ESQUIRE
STATE OF CONNECTICUT ATTORNEY GENERAL
55 ELM STREET
HARTFORD, CT  06106

DATE        09/03/2002
INVOICE         20570
CLIENT           3940
REFERENCE DUN

Re: DR. GABRIEL D. ALUNGBE    BOARD OF TRUSTEES OF CT
Assignment Date: July 10, 2002

Deposition Of - DR. RICHARD L. JUDD    132 pages

USDC OPPOSING COUNSEL                              283.80
SHIPPING & HANDLING                                  4.00
                                              ===========
                            Total Amount  $        287.80
                         Less Paid To Date $       305.07
                                     Tax  $         17.27
                               Total due  $          0.00

YOUR ACCOUNT IS NOW PAST DUE!
PROMPT PAYMENT WOULD BE APPRECIATED!

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444



**972 TOLLAND STREET**
**EAST HARTFORD, CT 06108-1533**
**(860) 291-9191**
**FAX (860) 528-1972**

*Daniel S. Niziankiewicz*
*Robert Miller*

```
SHARON A. SCULLY, ESQUIRE
ASSISTANT ATTORNEY GENERAL
55 ELM STREET                                    DATE       10/23/2002
P.O. BOX 120                                     INVOICE         21902
HARTFORD, CT  06141-0120                         CLIENT           4136
                                                 REFERENCE   DUN


Re: DR. GABRIEL D. ALUNGBE    BOARD OF TRUSTEES OF CT
Assignment Date: September 17, 2002


Deposition Of - PEARL W./ BARTELT, Ph.D.        138 pages

  TRANSCRIPT DR./EXPERT                                        296.70
  SHIPPING & HANDLING                                            4.00
                                                             ========
                                   Total Amount  $            300.70
                                Less Paid To Date $           318.74
                                           Tax   $             18.04
                                     Total due  $               0.00


YOUR ACCOUNT IS NOW PAST DUE!
PROMPT PAYMENT WOULD BE APPRECIATED!
```

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

# INVOICE

## NANCY F. MARINO
## CONNECTICUT STATE MARSHAL
## HARTFORD COUNTY
P.O. BOX 340578
HARTFORD, CT 06134
CELL PHONE: 860-833-6057

May 18, 2005

Office of the Attorney General
Attn: Joseph A. Jordano, Ass't Attorney General
P.O. Box 120
Hartford, CT 06141-0120

**RE: Gabriel Alungbe v. Board of Trustees, Connecticut State University System**
   **Civil Action No. 3:01CV0503 (EBB)**

May 18, 2005        Services rendered        **$ 36.85**

| | |
|---|---|
| Pages 2 @ $ 1.00 | $   2.00 |
| Endorse 2 @ $ .40 | .80 |
| Service (1) | 30.00 |
| 10 miles @ $ .405 | 4.05 |
| | $ 36.85 |

Writ, Summons and Complaint

**INVOICE DUE UPON RECEIPT**
**Thank you**



# Central Connecticut State University
# Disbursement Form

| Disbursement Type | OK to pay (PSA Unit initials) _____ |
|---|---|

**Check One:**

- [ ] Payment for PSA or Honorarium Request   PSA# _____   Final Payment? [✓] Yes [ ] No
- [ ] Refund/Reimbursement                    [✓] Fee Payment
- [ ] Advance Payment                         [ ] Stipend Payment
- [ ] Membership/Subscription - Phone Ext of Person/Dept receiving the Membership/Subscription: _____
- [ ] Other: _____

**Payee Information**

Name: Nancy F. Marino, CT State Marshal

SS/FEIN # or Banner ID #: 860-522-7009

Address: P.O. Box 340578, Hartford, CT 06134
(Payee's Home Address, not department address at CCSU)

**Non-PSA Disbursement Information (Please be specific)**

Payment of invoice submitted by CT State Marshal for service of subpoena in the federal case: Alungbe v. CCSU

Requestor's Signature: _____   Date: 5/25/05

**PSA Disbursement Information**

When using the Disbursement Form only to pay a PSA, I understand that I am responsible for ensuring compliance with State and Federal laws, University policies, and that this payment is not for temporary office or other bargaining unit work. I have paid particular attention to the appropriate use of independent contractors. I also understand that audit questions will be referred to me for response. I certify that the services on the above referenced PSA have been rendered and I authorize payment in the amount specified below.

(Specific Services for PSA's must be listed below when a PSA Form (CO-802A or CCSU-802A) was not submitted)

Project Director's Signature: _____   Date: _____

**Funding Information**

| Banner Index | Banner Account | Amount | Authorized Signature | Date |
|---|---|---|---|---|
| BRSV03 | 721130 | $ 36.85 | [signature] | 5/26/05 |
|  |  | $ |  |  |
|  |  | $ |  |  |

**Grant Funding Approval**

All use of grant funds **MUST** be approved by the Grant's Office: _____   Date: _____

Revised 03/01/04