UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------X
GABRIEL ALUNGBE,                        :    CIVIL NO. 3:01CV0503(EBB)
    *Plaintiff*,                           :
        v.                              :
                                        :
BOARD OF TRUSTEES, CONNECTICUT          :
STATE UNIVERSITY (CSU) SYSTEM,          :
CENTRAL CONNECTICUT STATE               :
UNIVERSITY                              :
    *Defendants*.                          :
---------------------------------------X

**ORDER**

Pursuant to Defendants' motion for costs [Doc. #95], this Court hereby orders the forfeiture of the $500.00 bond posted by Plaintiff, pursuant to Local Rule 83.3, as security for costs in this action.

SO ORDERED.

/s/
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, Connecticut, this 5th day of August, 2005.

1